**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT, et al.,

             Plaintiffs,

    v.

HOWARD JOHNSON EXPRESS INN,
et al.,

             Defendants.

_____/

No. 05-1752 EMC

**ORDER OF RECUSAL**

      This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

      IT IS SO ORDERED.

Dated: August 30, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge